UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MIA LONG, | CASE NO. 1:18CV1407 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| vs. | |
| CITY OF CLEVELAND, ET AL., | NOTICE OF APPEARANCE |
| Defendants. | |

Now comes Jason L. Carter, and enters his appearance for MIA LONG, in the above captioned matter.

Respectfully submitted,

CARTERLAW, LLC

/s/Jason L. Carter
JASON L. CARTER (0085578)
16781 Chagrin Blvd, Ste 287
Shaker Heights, OH 44120
(440)255-3247/Fax: (440)815-2298
jcarter@carterlawohio.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was filed via the Court's electronic filing system and thereby served to all parties.

/s/Jason L. Carter
JASON L. CARTER